OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Richard B. MOORE, Respondent

No. 1071 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 10, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of November, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Opinion, the Petition for Review and Request for Oral Argument and response thereto, the Request for Oral Argument is denied pursuant to Rule 208(e)(4), Pa.R.D.E., and it is hereby

ORDERED that Richard B. Moore be and he is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Robin L. GRASSEL, Respondent.

No. 1076 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 10, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of November, 2005, there having been filed with this Court by Robin L. Grassel her verified Statement of Resignation dated September 23, 2005, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robin L. Grassel be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.